Case 24-01080-CLC Doc 4 Filed 03/19/24 Page 2 of 2

# CERTIFICATE OF SERVICE

I, Miriam Jaime (name), certify that service of this summons and a copy of the Amended complaint was made March 20th, 2024 (date) by: and scheduling Order and certified mail

X Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

"See attached list"

____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence Service: By leaving the process with the following adult at:

____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

____ Publication: The defendant was served as follows: [Describe briefly]

____ State Law: The defendant was served pursuant to the laws of the State of ____________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: March 20th, 2024 Signature: Miriam Jaime

| | | | |
|---|---|---|---|
| Print Name: Miriam Jaime | | | |
| Address: James B. Miller, P.A., 19 West Flagler St., Suite 416 | | | |
| City: Miami | State: FL | Zip: 33130 | |

**Adv. Pro. No. 24-01080-CLC**

U.S. Mail

**IMP CENTRICO, LLC**
Time Sensitive Legal Matter
c/o: CT Corporation System as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

Certified Mail

**IMP CENTRICO, LLC**
Time Sensitive Legal Matter
c/o: CT Corporation System as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324
**Cert No. 9589 0710 5270 0722 3790 92**



9589 0710 5270 0722 3790 92

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No.,
City, State, ZIP+4®
PS Form 3800, Ja

Postmark Here

MIAMI, FL 33101
MAR 20 2024
USPS FLAGLER POST OFFICE

**IMP CENTRICO LLC**
Time Sensitive Legal Matter
c/o: CT Corporation System as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324